

CW
8210 Estrela
85258

PHOENIX AZ 852
23 DEC 2023 PM 5 L

**RECEIVED**
DEC 26 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk
US District Court
450 Golden Gate, 16th Floor
SF, CA   94102

94102-342616

PRESS FIRMLY TO SEAL

**UNITED STATES POSTAL SERVICE®** | **PRIORITY® MAIL**

- Expected delivery date specified for domestic use.
- Domestic shipments include $100 of insurance (restrictions apply).*
- USPS Tracking® service included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

RECEIVED
DEC 1 8 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To schedule free Package Pickup, scan the QR code.
USPS.COM/PICKUP

USPS TRACKING #
9488 8178 9820 3100 4727 55

FROM:
CARL A. WESCOTT
8210 E. Via de la escuela
Scottsdale AZ 85258

TO:
Clerk of the Court
United States District Court
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102



**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**TRACKED ■ INSURED**



PS00001000014    EP14F July 2022
                 OD: 12 1/2 x 9 1/2

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.